IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No.: 11-cr-00052-MSK

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  DONALD EDWARD HATTEN,

     Defendant.

---

### ORDER TO DETERMINE MENTAL COMPETENCY OF DEFENDANT

---

The Court having considered the Defendant's Motion to Determine the Competency of Defendant pursuant to Title 18, United States Code, Section 4241(a), it is hereby **ORDERED** that said motion of Defendant is **GRANTED**.

**IT IS HEREBY ORDERED**, pursuant to 18 U.S.C. § 4241(a), pertaining to the competency of the Defendant, that the Defendant be committed to the custody of the Attorney General for a psychiatric and psychological examination in a suitable facility for a reasonable period not to exceed 45 days in accordance with 18 U.S.C. § 4247(b).  Unless impracticable, the psychiatric and psychological examination shall be conducted in the suitable facility closest to the Court.

**IT IS FURTHER ORDERED** pursuant to 18 U.S.C. § 4247(c), that a psychiatric and psychological report be prepared and filed with the Court with copies provided to the counsel for the defendant and the attorney for the government and shall include the following:

    1.     The defendant's history and present symptoms;

2.      A description of the psychiatric, psychological, and medical tests that were employed and their results;

3.      The examiner's findings;  and

4.      The examiner's opinions as to diagnosis, prognosis; and whether the defendant herein was insane at the time of the offense charged.

The Defendant is hereby ordered by this Court to submit to an examination by Dr. Susan Bograd to determine if he is presently suffering from a mental disease or defect that renders him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  The Court further orders that Dr. Bograd examination be sufficient in its scope to encompass the above referenced requirements.

**Defense counsel shall forthwith send a copy of this Order to Dr. Bograd at:**

Susan Bograd, M.D.
3300 East First Avenue, Suite 590
Denver, CO 80206

DATED this 18th day of April, 2011.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge